**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Mariela Hernandez,

                       *Plaintiff*,

    - against -

Patricia Pramer (a/k/a Patricia Machado Pramer),

                       *Defendants*.
---------------------------------------------------------------X

Case No.: 23-cv-02608

**FED.R.CIV.P. 68 JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Patricia Pramer (a/k/a Patricia Machado Pramer) (the "Defendant"), having offered to allow Plaintiff Mariela Hernandez ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Fifteen Thousand Five Hundred Dollars and Zero Cents ($15,000), payable as follows:

1. A payment in the amount of Fifteen Thousand Five Hundred Dollars and Zero Cents ($15,000) on or before September 22, 2023.

WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment equal to the Judgment Amount, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $15,000.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: __October 2_____ _____, 2023
       New York, New York

SO ORDERED:

_____